# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156136 & (14)(15)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JERMAR WYNEAL GIBSON,
     Defendant-Appellant.

SC: 156136
COA: 337347
Wayne CC: 11-009271-FC

_____/

On order of the Court, the application for leave to appeal the May 25, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for an evidentiary hearing and the motion for a *Ginther* hearing are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



d0521

Clerk